IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-901-AP**

In re: BARJINDER S. GILL AND GURMEET GILL

BARJINDER S. GILL,

        Appellant,

v.

JERRY A. ANTOSH,

        Appellee.

## ORDER DENYING YET ANOTHER REQUEST FOR EXTENSION OF TIME AND DISMISSING APPEAL WITH PREJUDICE

Kane, J.

After failing at virtually every turn to file, serve, or proceed with his the instant bankruptcy appeal in accordance with the Bankruptcy Rules and deadlines communicated to him by the Bankruptcy Court Clerk, Appellant Barjinder S. Gill seeks a third extension of time in which to complete the record or otherwise perfect his appeal. Enough is enough. Appellant's Second Motion for Extension of Time (Doc.19)[1] is DENIED.

Appellant has failed to comply with the requirements of the Federal Rules of

---

[1] While this is Mr. Gill's second opposed Motion to Complete the Record and for Extension of Time, he has already received two previous extensions – one on a Motion that was opposed (Doc.17) and another on one that was unopposed (Doc. 13). Mr. Gill's unopposed Motion was prompted by his realization that the designated record failed to include a necessary transcript of the bankruptcy court proceedings at issue because he had neglected to ordered it. Before that, Mr. Gill's failure properly to serve Appellee with his Notice of Appeal had prompted a Motion to Dismiss, which I denied thus allowing the appeal to proceed. (Doc. 9.)

Bankruptcy Procedure, including but not limited to Fed.R.Bankr.P. 8006 and 8009. Appellant has shown no good – or any – cause to permit this latest extension of time and the Court has run out of patience. Given these failures, I find Appellant has abandoned his right of appeal. Dismissal is appropriate in this case given Appellant's repeated disregard for the Rules notwithstanding the courtesies extended to him by opposing counsel and the Court. The Appellee, who is the prevailing party and judgment creditor in the proceedings below, has been substantially prejudiced by the delay caused by Appellant's disregard of his obligations and the orders of the Court.

The Second Motion for Extension of Time is DENIED and this appeal is DISMISSED with prejudice.

Dated August 15, 2014.

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE