**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-901-AP

In re: BARJINDER S. GILL AND GURMEET GILL

BARJINDER S. GILL,

    Appellant,

v.

JERRY A. ANTOSH,

    Appellee.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Denying Yet Another Request for Extension of Time and Dismissing Appeal With Prejudice of Judge John L. Kane entered on August 15, 2014 it is

    ORDERED that this appeal is dismissed with prejudice. Pursuant to Chambers, costs shall not be awarded and each party shall bear its own.

    Dated at Denver, Colorado this 21st day of August, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/ A. Thomas
        Deputy Clerk