IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-00901-AP**

In re:
**BARJINDER S. GILL**,
**GERMEET GILL**,

       Debtors.

**JERRY A. ANTOSH**

       Appellee,

v.

**BARJINDER S. GILL**

       Appellant.

## ORDER

This matter is before the Court on Appellant's Motion for Relief from Judgment [doc. #26], filed September 4, 2014.  I have reviewed the motion, the response and the reply.  The Motion is **DENIED**.  The Final Judgment [doc. #25] stands as entered.  Appellee's request for fees and costs in connection with this motion is likewise **DENIED**.

Dated this 1st day of October, 2014.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                John L. Kane, Senior Judge
                                                United States District Court